UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 98-60731
Summary Calendar

OLUWOLFE AKINDAHUNSI,

Plaintiff-Appellant,

versus

MISSISSIPPI VALLEY STATE UNIVERSITY;
WILLIAM SUTTON; JAMES BREYLEY; ERIC THOMAS;
ROY HUDSON; WALTER SIMMS; ESTELLE SIMMS,

Defendants-Appellees.

_____

**Appeal from the United States District Court
for the Northern District of Mississippi
4:97-CV-158-S-B**
_____

August 6, 1999

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Oluwolfe Akindahunsi, *pro se*, appeals the summary judgment dismissing his employment discrimination claims arising out of the non-renewal of his teaching contract at Mississippi Valley State University; the order denying his motion for relief from the judgment; and the order denying his motion to enjoin the defendants-appellees from using certain information in his personnel file.

Akindahunsi contends that the district court erred by denying relief from the judgment, asserting that his failure to respond

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

timely to the summary judgment motion was in good faith; and that the documents attached to his response created a material fact issue regarding whether the refusal to renew his contract was based upon his national origin.

In the light of our review of the record and the briefs, we find no reversible error. Accordingly, we **AFFIRM** the judgment and orders appealed from. (Akindahunsi's motions to file record excerpts in excess of the page limitation, for leave to file reply brief out of time, and for leave to file reply brief in its present form, are **GRANTED**; his motion for injunction pending appeal is **DENIED**.)

*AFFIRMED*